M/D I

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

Antonio Giddens  # 247107

Full name and prison name of
Plaintiff(s)

v.

Lt. Desmond Pressley

Officer  Barnes

Sgt.  Barnes

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:23 CV-301-MHT-CWB
(To be supplied by Clerk of U.S. District
Court)

2023 MAY -5 A 10:32
TREY GRANGER, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT LA
RECEIVED

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES☐    NO☒

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____ _____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _Elmore Correctional Facility_

3520 Marion Spillway Road Elmore Alabama 36025

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Elmore Correctional Facility_

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. Lieutenant Desmond Pressley | 3520 Marion Spillway Road Elmore Alabama 36025 |
| 2. | |
| 3. Officer Barnes | 3520 Marion Spillway Road Elmore Alabama 36025 |
| 4. | |
| 5. Sgt. Moss | 3520 marion Spillway Road Elmore Alabama 36025 |
| 6. | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _4/31/2023_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Failure to intervene

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See attached Statement of Facts

GROUND TWO:          Excessive Force

See Attached Sheets

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

## STATEMENT OF THE FACTS

On the date of April 31, 2023 , around the hours of 11:45-12:00 P.m. I was coming from the C-1 dormitory bathroom, after getting up and going to complete my personal hygeine.  As I was going back to the bed  I saw Lt. Pressley, Sgt. Moss, and Officer Barnes at  my assigned bed conducting a " Shake down " inmate search of my living quarters. As I approched I asked what was going on and Immediately  I attempted to place my toothbrush in my assigned locker box ,and Officer Barnes got verbally combative with me and told me to get the fuck out of the area , with Lt. Pressley , and Sgt. Moss standing there. I  at that time immediately  went to the opposite side of the bed and stood there as they continued to search my area. Again I was standing on the opposite side of the bed and asked Officer Barnes why the verbal hostility being displayed against me , and he said  " Bitch shut the fuck Up, you know why " ( Refering to a rumor that I had a verbal and or physical relationship going on with a female officer in which he was involved with at the ECF facility ) so I said I just want to know what's going on what am I being shaken down for , and as I was asking that Officer Barnes that he reached onto his belt holster pulled his Chemical spray and sprayed me in the face for about 6 seconds. I then came from between the beds and attempted to say something to both of the Supervisors Lt. Pressley, and Sgt. Moss, and they never attempted to intervene and tell Officer Barnes to not spray me . I never placed any of the offeicers in danger, I never was given any direct orders to which the defendants can say that I disobeyed, and Oficer Barnes repeatidly stated after the fact " I shouldnt have done that man Im sorry " after I told him that , that was messed up and that I was gonna call I&I (Intelligence and Investigation ) on him because he had previously had a excessive force complaint lodged against him and allegedly through threats against the inmate the complaint was ( unlodged ) and dismissed. After spraying me around that particular time (12:00 p.m.) I was taken too the ECF Shift office , and forced to remain there up too and until the shift changed , where that shift had the adequate officers to take me up the street to another facility which had a medical ward to ( obtain a eye washing and body chart ) because

Elmore Correctional Facility does not have a medical ward and specifically eye wash station for emergency purposes. I told both Sgt Moss, and Lt. Pressley that I was asthmatic and needed my inhaler and that I couldnt breath ,and they told me that I had to wait to get medical treatment because they didnt have enough oficers to take me up the street to the decomtamination station so thus I was made to sit in the shift office up to and until about 4:00 p.m. almost 4 hours for the alleged spraying without my asthma inhaler after repeatidly requesting the same. I suffered respistory issues from not being able to breath because the chemical was in my face and I was handcuffed behind the back sitting in the shift office until about 4:00 p.m. before I was taken to get the treatment from the spray.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Court upon viewing the complaint ,and after

Ordering  Discovery I want the camera Footage from

C-1 dormitory on 4/31/2023 around 11:30 a.m.- 12:00 p.m.

which will affirmatively prove my claim ,and I want

compensatory damages in the amount of $10,000.00

and $10,000.00 punative damages .

_____
Signature of plaintiff(s)


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 - 3 - 23
              (Date)


_____
Signature of plaintiff(s)

Antonio Giddens 247107
Elmore Correction Facility
3520 Marion Spillway RD
Elmore Al 36025-1532

legal Mail

MONTGOMERY AL
4 MAY 2023 PM
FIRST CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 36025
02 7H
0006102248
$ 000.84⁰
MAY 04 2023

Middle District
Federal Court
1 Church Street
Montgomery Al 36104

36104-401801